# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER GUERRA OVERTON FOR JULIA RACHEL OVERTON,<br><br>                        Plaintiff,<br>vs.<br>JOEL R. WOHLFEIL; DAVID B. OBERHOLTZER; BROWDER WILLIS, III; PAUL STACEY; TERRENCE CHUCAS; GEORGIA MANSURY,<br><br>                        Defendants. | CASE NO. 10cv1378-WQH-BGS<br><br>ORDER |

HAYES, Judge:

      The matter before the Court is the Motion for Leave to Proceed in Forma Pauperis. (Doc. # 2).

## BACKGROUND

      On June 30, 2010, Plaintiff James Alexander Guerra Overton, a nonprisoner proceeding pro se, initiated this action by "filing a complaint on behalf of my daughter Julia Rachel Overton." (Doc. # 1 at 1). On June 30, 2010, Plaintiff filed the Motion for Leave to Proceed In Forma Pauperis. (Doc. # 2).

## ANALYSIS

**I.    Motion to Proceed In Forma Pauperis**

      All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28

1  U.S.C. § 1914(a).  An action may proceed despite a plaintiff's failure to prepay the entire fee
2  only if the plaintiff is granted leave to proceed in forma pauperis pursuant to 28 U.S.C.
3  § 1915(a).  *See Rodriguez v. Cook,* 169 F.3d 1176, 1177 (9th Cir. 1999).

4  In his affidavit accompanying the Motion, Plaintiff states that he is self-employed with
5  an income of $180 per month, and he has no bank accounts and no assets of value.  (Doc. # 2
6  at 2-3).  Plaintiff states that he pays $72 per month in child support and he owes $7,500 on an
7  automobile loan.  *Id.*  The Court has reviewed Plaintiff's affidavit and finds it is sufficient to
8  show that Plaintiff is unable to pay the fees required to maintain this action.  The Court grants
9  the Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915(a).

10 **II.     Initial Screening Pursuant to 28 U.S.C. § 1915(e)(2)(b)**

11 After granting In Forma Pauperis status, the Court must dismiss the case sua sponte if
12 "the action ... is frivolous or ... fails to state a claim on which relief may be granted."  28
13 U.S.C. § 1915(e)(2)(B); *see also Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001).

14 "[A] parent or guardian cannot bring an action on behalf of a minor child without
15 retaining a lawyer."  *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997).
16 Plaintiff purports to bring this action on behalf of his minor daughter.  (Doc. # 1 at 2 ("I am
17 James Alexander Guerra Overton ... filing for my daughter Julia Rachel Overton, DOB
18 December 15, 2003.")).  Plaintiff is appearing pro se and has not indicated that he is a lawyer.
19 Accordingly, the Complaint must be dismissed.

20 **CONCLUSION**

21 IT IS HEREBY ORDERED that the Motion for Leave to Proceed in Formal Pauperis
22 (Doc. # 2) is GRANTED.  The Complaint is DISMISSED without prejudice.  The Clerk of the
23 Court shall close this case.

25 DATED: July 7, 2010

26 *William Q. Hayes*
   **WILLIAM Q. HAYES**
27 United States District Judge